THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY JOINER, #140 755 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CV-400-TMH |
| ) | WO |
| COMMISSIONER, RICHARD F. ALLEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this case be dismissed without prejudice.

.   The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 20th  day of September, 2010.


/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE